# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-12301 |
| | ) | |
| ARSENIY BAKHSHETSYAN, | ) | Hon. Victoria A. Roberts |
| | ) | Hon. Elizabeth A. Stafford |
| Defendant. | ) | |
| | ) | |
| _____ | ) | _____ |

Sarah Prout Rennie (MI P 58869)
Elinor R. Jordan (MI P 75651)
Michigan Coalition to End Domestic
& Sexual Violence
Attorneys for Plaintiff
3893 Okemos Rd., Suite B2
Okemos, MI 48864-4209
(517) 347-7000
Elinor.jordan@mcedsv.org
Sarah.proutrennie@mcedsv.org

David J. Kramer (MI P46342)
42400 Grand River Ave. Suite 109
Novi, MI 48375
(248) 348-7400

_____

**Plaintiff's Non-Opposition to Defendant's Motion to Modify Court's Order**

Plaintiff does not oppose this motion.

Respectfully submitted,

/s/ Elinor R. Jordan
By: Elinor R. Jordan
Michigan Coalition to End Domestic
& Sexual Violence
Pro Bono Co-Counsel for Defendant
3893 Okemos Rd., Suite B2
Okemos, MI 48864-4209
(517) 347-7000
Sarah.proutrennie@mcedsv.org

Dated:   August 16, 2017

## Proof of Service

I, Elinor R. Jordan, hereby certify that on August 16, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to attorney for Defendant, David Kramer.

>  /s/ Elinor R. Jordan
> By:  Elinor R. Jordan (MI P 75651)
> Michigan Coalition to End Domestic
> & Sexual Violence
> Pro Bono Co-Counsel for Defendant
> 3893 Okemos Rd., Suite B2
> Okemos, MI 48864-4209
> (517) 347-7000

Dated: August 16, 2017