**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JANE DOE,

    Plaintiff,

                                      Case No. 2:17-cv-12301

v.                                     Hon. Victoria Roberts

ARSENIY BAKHSEHTSYAN

    Defendant

_____/

**ORDER GRANTING MOTION TO MODIFY**
**ORDER (R. 7) REGARDING APPEARANCE OBLIGATIONS**
**OF ATTORNEY FRIEDMAN**

    This Court having reviewed the Motion to Modify this Court's Order (R.7) to relieve Attorney Stuart G. Friedman from filing an appearance and due consideration having been had by the Court:

    IT IS ORDERED that the Motion is Granted.  Attorney Friedman does not have to file an appearance as counsel for the Defendant.

    IT IS FURTHER ORDERED that the Court's order otherwise remains in full force and effect.

                                                  S/Victoria A. Roberts
                                                 VICTORIA ROBERTS
                                                 U.S. District Judge

DATED:   August 23, 2017